

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ernesto Reyes,                          * From the 441st District Court
                                          of Midland County
                                          Trial Court No. CR46345.

Vs. No. 11-17-00100-CR                   * April 11, 2019

The State of Texas,                     * Memorandum Opinion by Bailey, C.J.
                                          (Panel consists of: Bailey, C.J.,
                                          Stretcher, J., and Wright, S.C.J., sitting
                                          by assignment)
                                          (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.